UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC CRAIG CHILDRESS,            )
                                 )
         Petitioner,             )   2:07-cv-1398-KJD-PAL
                                 )
vs.                              )   **ORDER**
                                 )
BRIAN WILLIAMS, *et al.*,        )
                                 )
         Respondents.            )
_____/

Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. On October 30, 2007, this Court denied petitioner's motion to proceed *in forma pauperis* and directed petitioner to pay the $5.00 filing fee within 30 days. (Docket #3). The deadline for payment of the filing fee was December 5, 2007. To date, petitioner has failed to make payment of the $5.00 filing fee. The Court will grant petitioner one final opportunity to submit the filing fee. Petitioner's failure to pay the filing in accordance with this order will result in dismissal of this action.

1    On October 17, 2007, petitioner filed an "ex parte motion for appointment of counsel." (Docket #2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). The petition on file in this action is sufficiently clear in presenting the issues that petitioner wishes to bring. It does not appear that counsel is justified in this instance. The motion shall be denied.

On December 11, 2007, petitioner filed an "ex parte motion to file additional and supplemental motions." (Docket #4). Petitioner seeks to file "additional motions should such motions become appropriate" in this case. Petitioner's motion for leave to file additional and supplemental motions is denied at this juncture, as he has not specified the nature of what motions he seeks to file. Moreover, petitioner is advised that his petition should contain all claims that he seeks to assert in this action. Finally, until payment of the filing fee is accomplished, no further motions or documents shall be filed.

**IT IS THEREFORE ORDERED** that within **twenty (20) days** from the date of entry of this order, petitioner **SHALL MAKE PAYMENT** of the **$5.00** filing fee to the Clerk of Court. **Failure to do so will result in the dismissal of this action.**

**IT IS FURTHER ORDERED** that the Clerk shall **RETAIN** the petition but not file it at this time.

1        **IT IS FURTHER ORDERED** that petitioner's "ex parte motion for appointment of
counsel" (Docket #2) is **DENIED.**

       **IT IS FURTHER ORDERED** that petitioner's "ex parte motion to file additional and supplemental motions" (Docket #4) is **DENIED**.

DATED: February 20, 2008.

_____
UNITED STATES DISTRICT JUDGE